LAD JOHNSON v. THE STATE.

No. 6698. Decided February 22, 1922.

**Intoxicating Liquor—Possession—Amended Statute.**

 A prosecution for the unlawful possession of intoxicating liquor cannot be maintained on the present indictment alleging simply such possession, and the judgment must be reversed and the cause dismissed. Following Francis v. State, 90, Texas Crim. Rep., 67, and other cases.

 Appeal from the District Court of Upshur. Tried below before the Honorable J. R. Warren.

 Appeal from a conviction of the unlawful possession of intoxicating liquor; penalty, one year imprisonment in the penitentiary.

 The opinion states the case,

*Florence, Florence & McClelland,* and *B. F. Crosby,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful possession of intoxicating liquor.

The indictment fails to allege that the liquor was possessed for the purpose of sale.

The law, as amended by the Acts of the 37th Leg., 1st Called Session, Chap. 61, requires that the case be reversed and remanded. The prosecution cannot be maintained upon the present indictment. See Francis v. State, 90 Texas Crim. Rep., 67, 235 S. W. Rep., 580, and Ex parte Mitchum, 91 Texas Crim. Rep., 62, 237 S. W. Rep., 935, not yet reported.

The judgment is reversed and the prosecution ordered dismissed.

         *Reversed and dismissed.*